UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHANE C. ROBERTS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERDE ENERGY USA, INC.,<br><br>Defendant. | No. 3:15-cv-00312-VLB |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiff hereby voluntarily dismisses the above-captioned action without prejudice.

DATED: May 8, 2015

                                    PLAINTIFF

                                    /s/ Robert A. Izard
                             By: Robert A. Izard (ct01601)
                                Seth R. Klein (ct18121)
                                Nicole A. Veno (ct29373)
                                IZARD NOBEL LLP
                                29 South Main Street, Suite 305
                                West Hartford, CT  06107
                                (860) 493-6292

## CERTIFICATE OF SERVICE

I, Seth R. Klein, hereby certify that on this 8th day of May, 2015, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document though the court's CM/ECF system.

/s/ Seth R. Klein
Seth R. Klein